**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 21-cv-22360-JLK

REYNOLD FRANCOIS,

      Plaintiff,

vs.

UNITED STATES OF AMERICA and
JOHN DOE(S), Federal Government
employee(s) or former employee(s),
individually,

      Defendants.

_____/

## **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF MOTION TO DISMISS RESPONSE DEADLINE**

Plaintiff REYNOLD FRANCOIS, by and through undersigned counsel, moves for a seven-day extension of the September 28, 2021 deadline for responding to Defendant U.S.A.'s Motion to Dismiss, and states in support thereof:

1.  Defendant USA filed its motion to dismiss Plaintiff's complaint on September 14, 2021, with Plaintiff's response to same currently being due September 28th.

2.  Pursuant to Fed.R.Civ.P. 15(a)(1)(B), Plaintiff intends to amend his complaint (for the first time) within 21 days following service of said motion to dismiss - therefore, by October 5, 2021. Filing of the amended complaint will render the pending motion to dismiss moot.

CERTIFICATE OF LOCAL RULE 7.1(a)(3) CONFERENCE

The undersigned hereby certifies that he has conferred with opposing counsel on this motion, and opposing counsel has no objection to the relief sought.

WHEREFORE, Plaintiff prays the Court to grant an extension through October 5, 2021.

Respectfully submitted,

*/s/Charles M. Baron*
CHARLES M. BARON, ESQ.
Fla. Bar No. 509825
Charles M. Baron, P.A.
*Attorney for Plaintiff*
2514 Hollywood Blvd., Suite 408
Hollywood, FL 33020
Tel. (954)919-5669 or (305)933-9292
Fax (305)933-9992
Email: cmb@baronjustice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By:  */s/ Charles M. Baron*
CHARLES M. BARON, ESQ.
*Counsel for Plaintiff*

## SERVICE LIST

ZACHARY A. KELLER, ESQ.
Assistant United States Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Email: zachary.keller@usdoj.gov