UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-cv-22360-JLK

REYNOLD FRANCOIS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

and

JOHN DOE(S), in their official capacities as
federal government employees or former
employees, and in their individual capacities,

Defendants.

_____/

## ORDER EXTENDING SCHEDULING ORDER DEADLINE

This matter having come before the Court on the joint motion of Plaintiff Reynold Francois and Defendant United States of America (collectively, the "Parties"), and upon consideration of the motion:

**WHEREAS** Rule 16(b) of the Federal Rules of Civil Procedure provides that the Court must issue a scheduling order "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared" unless the Court "finds good cause for delay"; FED. R. CIV. P. 16(b)(2);

**WHEREAS** Plaintiff served Defendant United States of America on July 16, which requires a scheduling order to issue by October 14, 2021, absent a showing of good cause for delay;

**WHEREAS** the Court has evaluated the joint motion of the Parties requesting an

ORDER EXTENDING SCHEDULING ORDER DEADLINE – PAGE 2

extension of time for them to confer; and

**WHEREAS** the Court finds the Parties to have set forth good cause for a delay in issuing

a scheduling order in this matter.

**THEREFORE, IT IS HEREBY STIPULATED AND ORDERED** that the Court

extends the period during which the parties may submit a joint report until **October 21, 2021.**

**DONE AND ORDERED** in Chambers  at the James Lawrence King Federal Justice

Building and Federal Courthouse. 99 N.E. 4th Street Miami, Florida , on this 14th day of

October, 2021.

JUDGE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE