UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22360-JLK

REYNOLD FRANCOIS,

    Plaintiff,
vs.

UNITED STATES OF AMERICA and
KOREY JAKE DANG, individually,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER comes before the Court upon the February 17, 2023 Report & Recommendation ("R&R") (DE 90) of Magistrate Judge Jacqueline Becerra, recommending denial of Defendant United States of America's Motion to Dismiss (DE 52) and granting Defendant Korey Jake Dang's Motion to Dismiss (DE 69). *See* R&R at 27. After a thorough *de novo* review of the record and consideration of the Report & Recommendation and Defendant and Plaintiff's Objections (DE 91, 94), the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the facts and law of the case, and addressed the issues raised in the parties Objections. Accordingly, it is

**ORDERED, ADJUDGED, and DECREED** that:

1. Magistrate Judge Becerra's February 17, 2023 Report and Recommendation **(DE 90)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court.

2. Defendant Korey Jake Dang's Objections **(DE 91)** are **GRANTED** and Plaintiff's Objections **(DE 94)** are **DENIED**.

3. Defendant United States of America's Motion to Dismiss **(DE 52)** is **DENIED.**

4. Defendant Korey Jake Dang's Motion to Dismiss **(DE 69)** is **GRANTED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of March, 2023.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **All counsel of record**
**Magistrate Judge Jacqueline Becerra**